# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 2, 2015

## NO.  03-14-00036-CV

**Richard J. Malouf, DDS; Richard J, Malouf, DDS, PC; and Richard J. Malouf, DDS, PA, Appellants**

**v.**

**The State of Texas ex rel. Dr. Christine Ellis, DDS and Madelayne Castillo, Appellees**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on January 8, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.